No. 99–1756. GREAT WESTERN CASINOS, INC. *v.* MORONGO BAND OF MISSION INDIANS ET AL. Ct. App. Cal., 2d App. Dist.

Certiorari denied.